**DINSMORE & SHOHL LLP**
Arielle I. Goren (331822)
Arielle.Goren@Dinsmore.com
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone:   (213) 335-7737
Facsimile:   (213) 335-7740

Attorney for Plaintiff
Glass Ireland LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

|  |  |
|---|---|
| GLASS IRELAND LLC, | Case No. |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **1) COPYRIGHT INFRINGEMENT** <br> **2) FEDERAL TRADEMARK INFRINGEMENT** |
| THICK VATOS AND TACOS LLC, | **3) FEDERAL UNFAIR COMPETITION** |
| Defendant. | **4) CALIFORNIA TRADEMARK INFRINGEMENT** <br> **5) CALIFORNIA UNFAIR COMPETITION** |
|  | **DEMAND FOR JURY TRIAL** |

COMPLAINT

COMES NOW Plaintiff Glass Ireland LLC ("Plaintiff" or "Glass Ireland"), by and through its attorneys, and for its Complaint against Thick Vatos and Tacos LLC ("Defendant" or "Thick Vatos") alleges, on knowledge as to its own actions, and otherwise upon information and belief, as follows:

## PRELIMINARY STATEMENT

1. This is an action for copyright infringement under the Copyright Act, 17 U.S.C. § 101 et seq., for infringement of Plaintiff's federally-registered trademark under Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1), for unfair competition and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and for substantial and related California state law claims for trademark infringement and unfair competition, all arising from the Defendant's unlawful use of Plaintiff's copyrighted and trademarked "Bubba" image.

2. Plaintiff seeks injunctive and monetary relief.

## THE PARTIES, JURISDICTION, AND VENUE

3. Plaintiff is an Ohio limited liability company with a principal place of business in Cincinnati, Ohio.

4. Upon information and belief, Defendant is a California corporation with a principal place of business at 700 Julian Dr. West Sacramento, CA 95605.

5. This action arises under the Copyright Act (17 U.S.C. § 101 et seq.), the Lanham Act (15 U.S.C. §§ 1114, 1125(a), 1125(d)), Cal. Bus. & Prof. Code § 17200, and California common law.

6. This Court has subject matter jurisdiction over the Copyright Act claim asserted in this Complaint and the Lanham Act claims asserted in this Complaint pursuant to 28 U.S.C. § 1331 because those claims arise under federal law and the district courts of the United States have original jurisdiction over those claims pursuant to 15 U.S.C. § 1121(a) and 28 U.S.C. §1338(a) and (b). Further, this Court has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. §1367 because they are so closely related to Plaintiff's federal claims for trademark

1    infringement and unfair competition as to form part of the same case or controversy.

2        7.    This Court has personal jurisdiction over Defendant because Defendant is

3    a California resident.

4        8.    Venue in this district is proper under 28 U.S.C. § 1391(b)(1) because

5    Defendant resides in this district and a substantial part of the events or omissions

6    giving rise to the claim occurred in this district.

7                        **FACTUAL ALLEGATIONS**

8        **Plaintiff and Plaintiff's Copyright and Trademark**

9        9.    Plaintiff is the proud and exclusive owner of "Bubba", who is described

10   as a bearded man wearing a trucker cap who is reclining in a sensual pose. Bubba is

11   shown below (the "Copyrighted Work" and/or "Bubba Image").



12

13

14

15

16

17

18

19       10.   In 2004, Plaintiff's members Chris Glass and Erik Ireland (the "Authors")

20   created the Copyrighted Work based on a human model.  As a result, the Authors

21   were the original owners of any and all rights in the Copyrighted Work.

22       11.   On November 13, 2024, Plaintiff and the Authors entered into an

23   agreement pursuant to which the Authors assigned to Plaintiff all copyright rights in

24   the Copyrighted Work. A true and correct copy of the Assignment Agreement is

25   attached hereto as Exhibit 1.

26       12.   The Copyrighted Work is wholly original, and Plaintiff is the exclusive

27   owner of all right, title, and interest, including all rights under copyright, in the

28   Copyrighted Work.

13.   Plaintiff is the owner of valid and subsisting United States Copyright Registration No. VA0001990191 for the Copyrighted Work (the '191 Registration"), issued by the United States Copyright Office on December 2, 2015.   Attached as Exhibit 2 is a true and correct copy of the registration certificate and assignment record for the '191 Registration.

14.   Plaintiff has published and distributed the Copyrighted Work by including the Copyrighted Work on Plaintiff's merchandise, including but not limited to shirts, hats, and decals. This public exposure has been a tremendous success as Plaintiff has sold a variety of merchandise incorporating the Copyrighted Work.

15.   The Copyrighted Work is also of significant value to Plaintiff because Plaintiff licenses the Copyrighted Work to third parties.

16.   Plaintiff is also the owner of the trademark for the Bubba Image, all common law rights relating to the use of the mark, the United States trademark therefor, and the goodwill symbolized by the trademark (the "BUBBA Mark") and Registration No. 6362748, registered May 25, 2021, in class 16 for "Stickers and transfers" and in class 25 for "Shirts; Sports caps and hats" (collectively "Plaintiff's Goods"). Attached hereto as Exhibit 3 and incorporated herein by reference is a true and correct copy of Registration No. 6362748 (the "'748 Registration").

17.   The Copyrighted Work and the BUBBA Mark shall be collectively referred to herein as the "Bubba IP."

18.   The '748 Registration is valid and subsisting and record title is in the name of Plaintiff.

19.   Plaintiff's '748 Registration, as well as the Certificate of Registration therefor, constitutes *prima facie* evidence of the validity of the registration, Plaintiff's ownership of the BUBBA Mark, and of the Plaintiff's exclusive right to use the BUBBA MARK in commerce in connection with the goods and services specified in the 748 Registration under the provisions of 15 U.S.C. 1057(b), and provides constructive notice of the Plaintiff's claim of ownership under 15 U.S.C. § 1072.

20.   The BUBBA Mark has been extensively and continually used, promoted, and advertised by Plaintiff within the United States since at least as early as June 15, 2004 in connection with Plaintiff's Goods.

21.   In particular, since at least as early as 2006, Plaintiff has owned and operated a website at https://www.bubbalovesit.com ("Plaintiff's Website"). Through its website, Plaintiff advertises and promotes Plaintiff's Goods incorporating the Bubba IP.

22.   A true and correct copy of the homepage of Plaintiff's Website is attached hereto as Exhibit 4 and incorporated herein by reference.

23.   On Plaintiff's website, Plaintiff provides notice of the BUBBA Mark at the top of its homepage. *See* Exhibit 4.

24.   Further, on the FAQ page of Plaintiff's Website, Plaintiff provides further notice of the Bubba IP:

> "[Q]: Can I use Bubba to promote my business or make my own stickers and shirts? [A]: Even though you may have found him in a clip art collection, Bubba is copyrighted and trademarked, and he was never licensed for that. If you saw some of the weird stuff people tried to do with him, you'd understand why we keep a pretty tight rein on things. That said, if you're racked with guilt for using him without permission or you're interested in using Bubba to promote your stuff, get in touch. We're nice, reasonable folks and can probably work something out."

25.   A true and correct copy of the FAQ page of Plaintiff's Website is attached hereto as Exhibit 5.

26.   As a result of its widespread, continuous, and exclusive use of the BUBBA Mark to identify Plaintiff's Goods and Plaintiff as their source, Plaintiff owns valid and subsisting federal statutory and common law rights to the BUBBA Mark.

27.   The BUBBA Mark is distinctive to both the consuming public and Plaintiff's trade.

4

28.   Plaintiff has expended substantial amounts of time, effort, and money over many years marketing, advertising, and promoting Plaintiff's Goods under the BUBBA Mark, including through Plaintiff's Website.

29.   The BUBBA MARK has acquired substantial recognition by virtue of Plaintiff's use of the mark, and through Plaintiff's vigilant policing in use of the mark.

**Defendant's Unlawful Activities**

30.   Upon information and belief, Defendant is the owner of a food service business in West Sacramento, California.

31.   Upon information and belief, since at least as early as January 2021, and nearly two decades after Plaintiff's publication of the Copyrighted Work and Plaintiff's first use of the BUBBA Mark,  Defendant adopted the logo depicted below (the "Infringing Bubba"):



32.   Infringing Bubba is virtually identical to the Bubba IP.

33.   The only differences between Infringing Bubba and the Bubba IP are (1) the orientation of the trucker cap on Bubba's head; and (2) the inclusion of text around Bubba.

34.   On January 26, 2022, Defendant filed a trademark application (Serial No. 97238709, the "'709 Application") with the United States Patent and Trademark office, seeking to register Infringing Bubba in class 35 for "On-line retail store

services featuring General consumer merchandise; Computerized on-line ordering featuring general consumer merchandise" and in class 43 for "Catering services; Restaurant and bar services; Providing of food and drink via a mobile truck" ("Defendant's Applied-For Services"). A true and correct copy of the TSDR status page for the '709 Application is attached hereto as Exhibit 6.

35.   While Defendant did not seek a registration in class 16 for stickers and transfers or in class 25 for apparel, the specimen Defendant submitted in support of the '709 Application demonstrated Defendant's use of Infringing Bubba in connection with apparel, hoodies, trucker hats, stickers, and more ("Defendant's Infringing Goods"):



36.   A true and correct copy of the specimen Defendant submitted in connection with the '709 Application from TSDR, Document No. 9, is attached hereto as Exhibit 7.

37.   While the '709 Application was abandoned on May 16, 2023, Defendant nonetheless continued to use Infringing Bubba in connection with the Defendant's Applied-For Services and/or Defendant's Infringing Goods.

38.   Defendant's Applied-For Services and Defendant's Infringing Goods shall hereinafter be collectively referred to as "Defendant's Goods and Services."

39.   Defendant owns and maintains a website posted to http://thickvatosandtacos.com ("Defendant's Website").

40.   Upon information and belief, since at least as early as January 26, 2022 and continuing through at least September 2024, Defendant has advertised and/or sold Defendant's Infringing Goods and Services bearing the Infringing Bubba on Defendant's Website and has advertised and/or sold Defendant's Infringing Goods on Defendant's third-party hosted page at "thickvatosandtacos.bigcartel.com". *See* Exhibit 7.

41.   Upon information and belief, until in or around September 2024, Defendant advertised and/or sold Defendant's Infringing Goods bearing the Infringing Bubba on Defendant's Website, at a webpage posted to https://thickvatosandtacos.com/merch-shop ("Defendant's Merchandise Shop").

42.   Upon information and belief, Defendant and/or Defendant's agents continue to sell merchandise bearing Infringing Bubba on numerous third party sites including but not limited to texmextees.com, Amazon.com (via the "MEXICO VIP SHIRTS" seller), and Etsy (via the "BuyKaotic" and "STAYTRUESTYLE" sellers). True and accurate copies of listings for merchandise bearing Infringing Bubba or a variation thereof on texmextees.com, Amazon.com, and Etsy are collectively attached hereto as Exhibit 8.

43.   As of the date of this Complaint, Defendant continues to use Infringing Bubba to advertise Defendant's Applied-For Services on Defendant's Website.

44.   Attached hereto as Exhibit 9 is a true and accurate copy of Defendant's Website as of November 4, 2024.

45.   Defendant owns and maintains a Facebook page posted to https://www.facebook.com/thickvatosandtacos/ ("Defendant's Facebook Page").

46.   A true and correct copy of Defendant's Facebook Page as of November 4,

2024 is attached hereto as <u>Exhibit 10</u>.

47. Defendant owns and maintains an Instagram page posted to https://www.instagram.com/thickvatos_andtacos_/?hl=en ("Defendant's Instagram Page").

48. A true and correct copy of Defendant's Instagram Page as of November 4, 2024 is attached hereto as <u>Exhibit 11</u>.

49. Defendant owns and maintains TikTok page posted to https://www.tiktok.com/@thickvatos_andtacos?lang=en ("Defendant's TikTok Page").

50. A true and correct copy of Defendant's TikTok Page as of November 4, 2024 is attached hereto as <u>Exhibit 12</u>.

51. Collectively, Defendant's Facebook Page, Defendant's Instagram Page, and Defendant's TikTok Page shall be referred to as "Defendant's Social Media".

52. Upon information and belief, since at least as early as November 2023, Defendant has used Defendant's Social Media to advertise and/or sell Defendant's Infringing Goods and Defendant's Goods and Services.

53. By way of example, at least as early as November 2023, Defendant advertised and offered at least the following of Defendant's Infringing Goods on TikTok (the "November 2023 Listing"):

 

54. True and accurate copies of postings to Defendant's TikTok Page advertising the November 2023 Listing are collectively attached hereto as <u>Exhibit 13</u>.

55. A true and accurate copy of a posting to Defendant's TikTok Page advertising Defendant's TikTok shop and Defendant's Infringing Goods is attached hereto as <u>Exhibit 14</u>.

56. Defendant has also used a modified version of Infringing Bubba depicted below to promote Defendant and/or Defendant's Goods and Services on Defendant's Social Media ("Alternate Infringing Bubba"):



57. True and accurate copies of Defendant's posts on Defendant's Social Media using the Alternate Infringing Bubba are collectively attached hereto as <u>Exhibit 15</u>.

58. Alternate Infringing Bubba's trucker cap is facing forward, just like the Bubba IP.

59. Alternate Infringing Bubba is a derivative work of the Copyrighted Work and confusingly similar to the BUBBA Mark.

60. Upon information and belief, Defendant obtained physical possession of or otherwise viewed Plaintiff's Copyrighted Work, and intentionally copied the Copyrighted Work to create Infringing Bubba. That Defendant copied the Copyrighted Work when it created Infringing Bubba is evidenced by the striking similarities between the Copyrighted Work and Infringing Bubba, which cannot possibly be explained other than as a result of copying, and Defendant's access to the

Copyrighted Work as the result of the widespread dissemination of the Copyrighted Work in the United States.

61. That Defendant copied the Copyrighted Work is further evidenced by Defendant's use of Alternative Infringing Bubba, on which the trucker cap is facing forward, just like the Bubba IP.

62. Defendant copied the Copyrighted Work without Plaintiff's authorization, consent, knowledge, and without any remuneration to Plaintiff.

63. Defendant, without Plaintiff's authorization, and nearly twenty years after Plaintiff acquired protectable exclusive rights in the BUBBA Mark, adopted and began using the Infringing Bubba.

64. Defendant has used Infringing Bubba in connection with Defendant's Goods and Services since at least as early as January 2021.

65. Infringing Bubba is identical and/or confusingly similar to the BUBBA Mark.

66. Upon information and belief, Defendant was aware of Plaintiff's rights in the BUBBA Mark when it began using the Infringing Bubba.

67. Upon information and belief, Defendant had actual notice of the BUBBA Mark prior to using Infringing Bubba.

68. On September 23, 2024, Plaintiff sent a cease and desist letter to Defendant objecting to Defendant's use of Infringing Bubba ("Plaintiff's Letter").

69. Attached hereto as <u>Exhibit 16</u> and incorporated herein by reference is a true and correct copy of Plaintiff's Letter.

70. In response to Plaintiff's Letter, Defendant refused to cease and desist use of Infringing Bubba. In further response of Plaintiff's Letter, upon information and belief, Defendant deactivated Defendant's Merchandise Shop on Defendant's Website, which no longer advertises Defendant's Infringing Goods, but which continues to advertise Defendant's Applied-For Services. *See* <u>Exhibit 9</u>. Plaintiff's Letter clearly references these sites; further supporting these sites advertised

Defendant's Infringing Goods at least through September 2024. True and correct copies of the culled historical data and screen captures of Defendant's Website on October 7, 2022 and July 24, 2024 and Merchandise Shop on April 12, 2024 are collectively attached hereto as Exhibit 17.

71.   As of the date of this Complaint, Defendant is still offering and/or promoting Defendant's Goods and Services under Infringing Bubba on third party sites and is still offering and/or advertising Defendant's Applied-For Services on Defendant's Website.

72.   Upon information and belief, Defendant's acts alleged herein are willful, with the deliberate intent to trade on the goodwill of the BUBBA Mark, cause confusion and deception in the marketplace, and divert potential sales of Plaintiff's Goods to the Defendant.

73.   Defendant's infringing acts as alleged herein have caused and are likely to cause confusion, mistake, and deception among the relevant consuming public as to the source or origin of Defendant's Goods and Services and have and are likely to deceive the relevant consuming public into believing, mistakenly, that Defendant's Goods and Services originate from, or are associated or affiliated with, or otherwise authorized by Plaintiff.

74.   As a result of Defendant's actions described above, Plaintiff has been directly damaged, and is continuing to be damaged, by the unauthorized reproduction, distribution, and/or sale of Infringing Bubba. Defendant has never accounted to or otherwise paid Plaintiff for its use of the Copyrighted Work.

75.   Defendant's acts are causing, and unless restrained, will continue to cause damage and immediate irreparable harm to Plaintiff and to its valuable reputation and goodwill with the consuming public for which Plaintiff has no adequate remedy at law.

/ / /

/ / /

**First Claim for Relief**

**(Federal Copyright Infringement, 17 U.S.C. § 501)**

76.   Plaintiff incorporates the allegations contained in each of the preceding paragraphs as if fully set forth herein.

77.   The Copyrighted Work is an original work containing copyrightable subject matter for which copyright protection exists under the Copyright Act, 17 U.S.C. § 101, et. seq. Plaintiff is the exclusive owner of rights under copyright in and to the Copyrighted Work. Plaintiff owns a valid copyright registration for the Copyrighted Work.

78.   Through Defendant's conduct alleged herein, including but not limited to Defendant's sale of Defendant's Infringing Goods bearing the Infringing Bubba and/or an image substantially similar to Plaintiff's Copyrighted Work, without Plaintiff's permission, Defendant has directly infringed Plaintiff's exclusive rights in the Copyrighted Work in violation of Section 501 of the Copyright Act, 17 U.S.C. § 501.

79.   On information and belief, Defendant's infringing conduct alleged herein was and continues to be willful and with full knowledge of Plaintiff's rights in the Copyrighted Work, and has enabled Defendant illegally to obtain profit therefrom.

80.   As a direct and proximate result of Defendant's infringing conduct alleged herein, Plaintiff has been harmed and is entitled to damages in an amount to be proven at trial. Pursuant to 17 U.S.C. § 504(b), Plaintiff is also entitled to recovery of Defendant's profits attributable to Defendant's infringing conduct alleged herein, including from any and all sales of Defendant's Infringing Goods and/or any other products incorporating or embodying Infringing Bubba, and an accounting of and a constructive trust with respect to such profits.

81.   Alternatively, Plaintiff is entitled to the maximum statutory damages of up to $150,000 pursuant to 17 U.S.C. § 504(c) per act of infringement, for each and every act of Defendant in infringing Plaintiff's Copyrighted Work, and for such other

amount as may be proper pursuant to 17 U.S.C. § 504(c).

82.  Plaintiff further is entitled to its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

83.  As a direct and proximate result of the Defendant's infringing conduct alleged herein, Plaintiff has sustained and will continue to sustain substantial, immediate, and irreparable injury, for which there is no adequate remedy at law.  On information and belief, unless Defendant's infringing conduct is enjoined by this Court, Defendant will continue to infringe the Copyrighted Work. Plaintiff is therefore entitled to preliminary and permanent injunctive relief restraining and enjoining Defendant's ongoing infringing conduct.

## **Second Claim for Relief**

### **(Federal Trademark Infringement, 15 U.S.C. § 1114(1))**

84.  Plaintiff incorporates the allegations contained in each of the preceding paragraphs as if fully set forth herein.

85.  Defendant's unauthorized use in commerce of Infringing Bubba as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant's Goods and Services, and is likely to cause consumers to believe, contrary to fact, that Defendant's Goods and Services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendant is in some way affiliated with or sponsored by Plaintiff. Defendant's conduct therefore constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

86.  Upon information and belief, Defendant has committed the foregoing acts of infringement with full knowledge of Plaintiff prior rights in the BUBBA Mark and with the willful intent to cause confusion and trade on Plaintiff's goodwill.

87.  Defendant's conduct is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court. Plaintiff has no adequate remedy at law.

88. Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

## Third Claim for Relief

### (Federal Unfair Competition, 15 U.S.C. § 1125(a))

89. Plaintiff incorporates the allegations contained in each of the preceding paragraphs as if fully set forth herein.

90. Defendant's unauthorized use in commerce of the Infringing Bubba as alleged herein is likely to deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant's Goods and Services, and is likely to cause consumers to believe, contrary to fact, that Defendant's Goods and Services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendant is in some way affiliated with or sponsored by Plaintiff.

91. Defendant's unauthorized use in commerce of Infringing Bubba as alleged herein constitutes use of a false designation of origin and misleading description and representation of fact.

92. Upon information and belief, Defendant's conduct as alleged herein is willful and is intended to cause confusion, mistake, or deception as to the affiliation, connection, or association of Defendant with Plaintiff.

93. Defendant's conduct as alleged herein constitutes unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

94. Defendant's conduct as alleged herein is causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to both damage Plaintiff and confuse the public unless enjoined by this court. Plaintiff has no adequate remedy at law.

95. Plaintiff is entitled to, among other relief, injunctive relief and an award of actual damages, Defendant's profits, enhanced damages and profits, reasonable

attorneys' fees, and costs of the action under Sections 34 and 35 of the Lanham Act, 15 U.S.C. §§ 1116, 1117, together with prejudgment and post-judgment interest.

### **Fourth Claim for Relief**

### **(Trademark Infringement Under California Common Law)**

96.  Plaintiff incorporates the allegations contained in each of the preceding paragraphs as if fully set forth herein.

97.  Defendant's acts as alleged herein constitute trademark infringement under California common law.

98.  As alleged herein, Plaintiff owns valid and subsisting common law trademark rights to the BUBBA Mark in California and the United States in connection with Plaintiff's Goods.

99.  As alleged herein, the Bubba Mark is distinctive and potential consumers in California and the United States have come to associate the goods offered under those marks with Plaintiff.

100. Plaintiff's use of the BUBBA Mark predates Defendant's use of the Infringing Bubba and has been in continuous use by Plaintiff through the date of this Complaint.

101. Defendant's unauthorized use of the Infringing Bubba as alleged herein has caused and is likely to continue to cause confusion and deceive consumers as to the origin, source, sponsorship, or affiliation of Defendant's Goods and Services, and is likely to cause consumers to believe, contrary to fact, that Defendant's Goods and Services are sold, authorized, endorsed, or sponsored by Plaintiff, or that Defendant is in some way affiliated with or sponsored by Plaintiff, all in violation of Plaintiff rights under California common law.

102. Upon information and belief, Defendant's acts as alleged herein were committed with full knowledge of Plaintiff's prior rights in the BUBBA Mark, willfully, deliberately, and in bad faith.

103. Defendant's unlawful conduct as alleged herein is directly and proximately causing immediate and irreparable harm and injury to Plaintiff, and to its goodwill and reputation, and will continue to damage Plaintiff unless enjoined by this Court. Plaintiff has no adequate remedy at law.

104. Plaintiff is entitled to injunctive relief, actual and compensatory damages in an amount to be determined at trial, disgorgement of profits, attorneys' fees, costs, and pre-judgment and post-judgment interest.

## Fifth Claim for Relief

### (Unfair Competition under Cal. Bus. & Prof Code § 17200)

105. Plaintiff incorporates the allegations contained in each of the preceding paragraphs as if fully set forth herein.

106. Defendant's actions alleged herein constitute unlawful business acts under Section 17200 of the California Business and Professions Code.

107. Defendant's acts of infringement of the Bubba Mark in violation of the Lanham Act and/or California statutory and common law, as alleged herein, constitute unlawful business acts or practices in the course of business, trade, or in commerce, in violation of California Business and Professions Code § 17200.

108. Defendant's conduct is causing irreparable harm to Plaintiff and to its goodwill and reputation, and will continue to damage Plaintiff and deceive the public unless enjoined by this Court. Plaintiff has no adequate remedy at law.

109. Plaintiff is entitled to, among other relief, injunctive relief and restitution, together with prejudgment and post-judgment interest.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendant as follows:

1. That Defendant has violated Section 501 of the Copyright Act (17 U.S.C. § 501); Section 32 of the Lanham Act (15 U.S.C. § 1114); and Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

2.  That Defendant has violated Cal. Bus. & Prof Code § 17200 and California common law.

3.  Granting an injunction preliminarily and permanently enjoining the Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns, and all of those in active concert and participation with any of the foregoing persons and entities who receive actual notice of the Court's order by personal service or otherwise from:

     i.  manufacturing, distributing/providing, marketing, advertising, promoting, displaying, or selling, and/or authorizing any third party to manufacture, distribute/provide, market, advertise, promote, display, or sell Defendant's Infringing Goods and/or any products, works, or other materials that include, copy, are derived from, or otherwise embody the Copyrighted Work.

    ii.  reproducing, distributing, or publicly displaying the Copyrighted Work, creating any derivative works based on the Copyrighted Work, or engaging in any activity that infringes Plaintiff's rights in the Copyrighted Work;

   iii.  manufacturing, distributing/providing, marketing, advertising, promoting, displaying, or selling, and/or authorizing any third party to manufacture, distribute/provide, market, advertise, promote, display, or sell Defendant's Goods and Services bearing the Infringing Bubba or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's BUBBA Mark;

   iv.  engaging in any activity that infringes Plaintiff's rights in the Bubba IP;

    v.  engaging in any activity constituting unfair competition with Plaintiff;

   vi.  making or displaying any statement, representation, or other indication that is likely to lead the public or the trade to believe that (i) Defendant's Goods and Services are in any manner approved, endorsed, licensed,

sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or (ii) Plaintiff's Goods are in any manner approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Defendant;

vii. using or authorizing any third party to use any false description, false representation, or false designation of origin, or any marks, names, words, symbols, devices, or trade dress that falsely associate such business, goods and/or services with Plaintiff or tend to do so;

viii. registering or applying to register any trademark, service mark, domain name, trade name, or other source identifier or symbol of origin consisting of or incorporating any mark that infringes or is likely to be confused with the Bubba IP, or any goods or services of Plaintiff, or Plaintiff as their source; and

ix. aiding, assisting, or abetting any other individual or entity in doing any act prohibited by sub-paragraphs (i) through (viii).

4.   Granting such other and further relief as the Court may deem just and proper to prevent the public and trade from deriving the false impression that any goods or services manufactured, sold, distributed, licensed, marketed, advertised, promoted, or otherwise offered or circulated by Defendant are in any way approved, endorsed, licensed, sponsored, authorized, or franchised by or associated, affiliated, or otherwise connected with Plaintiff or constitute or are connected with Plaintiff's Goods.

5.   Directing Defendant to immediately cease all manufacture, display, distribution, marketing, advertising, promotion, sale, offer for sale, and/or use of any and all packaging, labels, catalogs, shopping bags, containers, advertisements, signs, displays, and other materials that feature or bear any designation or mark incorporating the Infringing Bubba or any other mark that is a counterfeit, copy,

simulation, confusingly similar variation, or colorable imitation of Plaintiff's BUBBA Mark, and to direct all distributors, retailers, wholesalers, and other individuals and establishments wherever located in the United States that distribute, advertise, promote, sell, or offer for sale Defendant's Goods and Services to cease forthwith the display, distribution, marketing, advertising, promotion, sale, and/or offering for sale of any and all goods, services, packaging, labels, catalogs, shopping bags, containers, advertisements, signs, displays, and other materials featuring or bearing the Infringing Bubba or any other mark that is a counterfeit, copy, simulation, confusingly similar variation, or colorable imitation of Plaintiff's BUBBA Mark, and to immediate remove them from public access and view.

6.     Directing that Defendant recall and deliver up for destruction or other disposition all goods, packaging, shopping bags, containers, advertisements, promotions, signs, displays, and related materials incorporating or bearing the Infringing Bubba or any other mark that is a counterfeit, copy, confusingly similar variation, or colorable imitation of Plaintiff's BUBBA Mark.

7.     Directing that Defendant destroy or deliver up for destruction all materials in Defendant's possession, custody, or control used by Defendant in connection with Defendant's infringing conduct, including without limitation all remaining copies/inventory of Defendant's Infringing Goods and any products and works that embody any reproduction or other copy or colorable imitation of the Copyrighted Work, as well as all means for manufacturing them.

8.     Ordering that Defendant, at its own expense, recall the Defendant's Infringing Goods from any distributors, retailers, vendors, or others that have distributed Defendant's Infringing Goods on Defendant's behalf, and any products, works or other materials that include, copy, are derived from, or otherwise embody Infringing Bubba or the Copyrighted Work, and that Defendant be ordered to destroy or deliver up for destruction all materials returned to it.

9.    Directing Defendant to formally abandon with prejudice any and all of its applications to register the Infringing Bubba or any mark consisting of, incorporating, or containing Plaintiff's BUBBA Mark or any counterfeit, copy, confusingly similar variation, or colorable imitation thereof on any state or federal trademark registry.

10.    Ordering, pursuant to Section 35(a) of the Lanham Act (15 U.S.C. § 1116(a)), Defendant to file with the Court and serve upon Plaintiff counsel within thirty (30) days after issuance of an injunction in this action, or such extended period as the court may direct, a report in writing under oath setting forth in detail the manner and form in which Defendant has complied therewith.

11.    Ordering Defendant to provide an accounting of Defendant's profits attributable to Defendant's infringing conduct, including Defendant's profits from sales of Defendant's Infringing Goods and any products, works, or other materials that include, copy, are derived from, or otherwise embody the Copyrighted Work.

12.    Awarding Plaintiff:

    i.    Defendant's profits obtained as a result of Defendant's infringing conduct, including but not limited to all profits from sales and other exploitation of the Infringing Bubba and any products, works, or other materials that include, copy, are derived from, or otherwise embody the Infringing Bubba or the Copyrighted Work, or in the Court's discretion, such amount as the Court finds to be just and proper, enhanced as appropriate pursuant to the Lanham Act;

    ii.    damages sustained by Plaintiff as a result of Defendant's infringing conduct, in an amount to be proven at trial;

    iii.    should Plaintiff so elect, statutory damages pursuant to 17 U.S.C. § 504(c) instead of actual damages or profits;

    iv.    Plaintiff's reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505 and/or 15 U.S.C. § 1117(a).

v.   Awarding Plaintiff an amount up to three times the amount of its actual damages, in accordance with Section 35(a) of the Lanham Act (15 U.S.C. § 1117(a)).

vi.   Awarding Plaintiff interest, including prejudgment and post-judgment interest, on the foregoing sums.

vii.   Awarding such other and further relief as the Court deems just and proper.

Dated:  November 25, 2024          **DINSMORE & SHOHL LLP**

By: /s/ Arielle I. Goren
Arielle I. Goren (331822)
Arielle.Goren@Dinsmore.com
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Telephone: (213) 335-7737
Facsimile: (213) 335-7740
*Attorney for Plaintiff Glass Ireland LLC*

# EXHIBIT 1

# COPYRIGHT ASSIGNMENT

THIS COPYRIGHT ASSIGNMENT (the "Assignment") is made this 13th day of November, 2024, by and among Chris Glass ("Glass") and Erik Ireland ("Ireland"), (collectively Glass and Ireland are referred to hereinafter as "Assignors"), and Glass Ireland LLC ("Assignee"), and Assignee, collectively with Assignors are referred to hereinafter as the "Parties".

WHEREAS, Assignors are the copyright holders and owners of all proprietary rights in and to the work entitled *"Mud Flap Bubba"* (with the alternative titles *"Bubba Loves It", "Bubba" and "Mud Flap Bear"),* registered with the United States Copyright Office under Registration No. VA 1-190-199 with an effective date of December 2, 2015, and a copy of which is attached hereto as Exhibit A, (the "Work"); and

WHEREAS, Assignors wish to transfer all rights, ownership and interest in the Work, including the copyright and all other intellectual property rights in the Work, to Assignee, under the terms set forth in this Agreement;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the Parties agree as follows:

1. **Assignment of the Work**.  Assignors hereby irrevocably assign to Assignee all right, title and interest to the Work, including without limitation all copyright ownership and interest, all rights to make and prepare copies and derivative works of the Work, regardless of form, all income, royalties, damages, claims and payments previously, now or hereafter due or payable with respect to any of the foregoing, and all moral rights associated with the creation of the Work, and all causes of action and/or rights to sue arising from past, present or future infringements of the Work.  Assignee shall be the exclusive owner of the Work and of the copyright in the Work, and shall have the exclusive right to hold registration of the copyright in the Work with the U.S. Copyright Office and in any foreign jurisdiction, and otherwise to assert rights against any infringement of the Work assigned by this Agreement.

2. **Governing Law**.  This Agreement shall be construed in accordance with, and governed in all respects by, the laws of the State of Ohio, without regard to conflicts of law principles.

3. **Severability**.  If any part or parts of this Agreement shall be held unenforceable for any reason, the remainder of this Agreement shall continue in full force and effect. If any provision of this Agreement is deemed invalid or unenforceable by any court of competent jurisdiction, and if limiting such provision would make the provision valid, then such provision shall be deemed to be construed as so limited.

4. **Entire Agreement**.  This Agreement constitutes the entire agreement between Assignor and Assignee as to the subject matter hereof, and supersedes any prior understanding or representation of any kind preceding the date of this Agreement. There are no other promises, conditions, understandings or other agreements, whether oral or written, relating to the subject matter of this Agreement.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed the day and year first above written.

**ASSIGNORS**

_____
Signature

Chris Glass

**ASSIGNEE**

_____
Glass Ireland LLC

By: Chris Glass

Title: Managing Member

**ASSIGNORS**

_____
Signature

Erik Ireland

**EXHIBIT A**
**Copyright Registration Certificate for *Bubba Mud Flap***
**Copyright Registration No. VA 1-990-191**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-990-191

**Effective Date of Registration:**
December 02, 2015

## Title

| | |
|---|---|
| **Title of Work:** | Mud Flap Bubba |
| **Previous or Alternate Title:** | Bubba Loves It, Mud Flap Bear |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2004 |
| **Date of 1st Publication:** | June 15, 2004 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ● **Author:** | Chris Glass |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1971 |
| **Anonymous:** | Yes |

| | |
|---|---|
| ● **Author:** | Erik Ireland |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1966 |
| **Anonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Chris Glass<br>4101 Spring Grove Ave, #517, Cincinnati, OH, 45223, United States |
| **Copyright Claimant:** | Erik Ireland<br>PO Box 1347, Laytonville, CA, 95454, United States |

## Certification

Page 1 of 2

**Name:** Joyce Santos
**Date:** December 02, 2015
**Applicant's Tracking Number:** 41155993

# EXHIBIT 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 1-990-191

**Effective Date of Registration:**
December 02, 2015

## Title

**Title of Work:** Mud Flap Bubba

**Previous or Alternate Title:** Bubba Loves It, Mud Flap Bear

## Completion/Publication

**Year of Completion:** 2004
**Date of 1st Publication:** June 15, 2004
**Nation of 1st Publication:** United States

## Author

- **Author:** Chris Glass
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1971
  **Anonymous:** Yes

- **Author:** Erik Ireland
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1966
  **Anonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Chris Glass
4101 Spring Grove Ave, #517, Cincinnati, OH, 45223, United States

**Copyright Claimant:** Erik Ireland
PO Box 1347, Laytonville, CA, 95454, United States

## Certification

**Name:** Joyce Santos
**Date:** December 02, 2015
**Applicant's Tracking Number:** 41155993

# Application Preview

**SR # 36489**

Created on: 11/14/2024          Submitted on:               Generated on: 11/14/2024

## Documents

Under the Copyright Act, the U.S. Copyright Office accepts certain types of documents for filing and indexing into the Office's public records. To begin the application, indicate the type of recordation you would like to make:

**To begin the application, indicate the type of recordation you would like to make:**

◉ Basic document        ○ Notice of termination

## Document to record

**Please upload the document you wish to use for this recordation:**

Requirements: At this time, the Copyright Office is only accepting English language documents with the roman character sets. If your document falls outside this criteria (e.g. an assignment with works or party information listed in Japanese), please use the paper submission option. Additional document requirements are listed in the help area, which can be accessed by clicking the  (?)  link for this section.

Upload a document

📎 COPYRIGHT ASSIGNMENT  - BUBBA - Chris Glass and Erik Ireland to Glass Ireland LLC(51305190.1).pdf

Is the document in English?

◉ Yes   ○ No

## Redactions

Does the uploaded document contain any redactions?

○ Yes   ◉ No

# Certifications

You are required to make Two(2) certifications about the uploaded document. The true and correct copy certification asks you to certify whether or not the uploaded document is a true copy of the original. The recordation eligibility certification asks you to certify whether or not your document meets the eligibility requirements for recordation.

**Certifying true and correct copy of the original document:**

I certify under penalty of perjury under the laws of the United States of America that the document being submitted to the U.S. Copyright Office for recordation is, to the best of my knowledge, a true and correct copy of the original, signed document.

⦿ Yes, I can certify this document
○ No, I cannot personally make this certification, but wish to upload a sworn certification made by someone else (other than an official certification)
○ No, I cannot personally make this certification, but wish to upload an official certification made by a govermental official

**What is your relationship to the document? I am...**
Select a relationship: Authorized representative of a party
**What party do you represent?**
Glass Ireland LLC
**Certify recordation eligibility:**

I certify under penalty of perjury under the laws of the United States of America that the document being submitted to the U.S. Copyright Office for recordation, to the best of my knowledge, is a transfer of copyright ownership or other document pertaining to a copyright and satisfies all requirements for recordation, including the signature, completeness, legibility, and, if redacted, redaction requirements specified in 37 C.F.R. § 201.4.

⦿ Yes, I can certify eligibility
○ No, I cannot personally make this certification, but wish to upload a certification made by someone else

# Document Category

**Which of the following categories does your document fall under?**
Category: Assignment
**Please provide the document header information.**
This is commonly referred to as the name of the documentand it is typically located at the top of the first page.
Document header / document name
Copyright Assignment

## Dates for document being recorded

**Please provide the date of execution for the document(optional)**

11/13/2024

## Multiple transactions

Most documents represent a single transaction but occasionally a document may contain more than one transaction involving change of ownership or assignment.
Does your document contain more than one copyright-related transaction ?(optional)
Number of transactions
1

## Parties

Party type:  Individual
Role:  Assignor
Name: Chris Glass

Party type:  Individual
Role:  Assignor
Name: Erik Ireland

Party type:  Organization
Role:  Assignee
Name: Glass Ireland LLC

## Works

**Mud Flap Bubba**
Type of work:  Visual Material
Registration number: VA0001990191   2015-12-02

## Contacts

**Correspondence Contact**

Jessica Goedel

1001 Lakeside Ave
Suite 990
Cleveland, OH 44114
United States of America
jessica.goedel@dinsmore.com

**Remitter Contact**

Jessica Goedel

1001 Lakeside Ave
Suite 990
Cleveland, OH 44114
United States of America
jessica.goedel@dinsmore.com

# Payment

**Basic | Assignment** $95.00

Party1 - Chris Glass,Erik Ireland
Party2 - Glass Ireland LLC
1 works
SR #36489
☐ Add special handling

# Summary

1 Basic transaction; 1 works.

Total: $95.00

# EXHIBIT 3

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,362,748**

**Registered May 25, 2021**

**Int. Cl.: 16, 25**

**Trademark**

**Principal Register**

Glass Ireland LLC  (OHIO LIMITED LIABILITY COMPANY)
4786 Hamilton Ave
Cincinnati, OHIO 45223

CLASS 16: Stickers and transfers

FIRST USE 6-15-2004; IN COMMERCE 6-15-2004

CLASS 25: Shirts; Sports caps and hats

FIRST USE 6-15-2004; IN COMMERCE 6-15-2004

The mark consists of a bearded man wearing a trucker cap and reclining in a sensual pose.

SER. NO. 90-188,645, FILED 09-17-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years\***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.\* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods\***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.\*

**Grace Period Filings\***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.

# EXHIBIT 4




















# EXHIBIT 5



# Infrequently Asked Questions

### I don't see shipping times.
### When will my stuff arrive?

Great question! We ship once or twice a week because we're all about that work/life balance. Does this mean you have to wait a little longer for your stuff? Sometimes. If you've still got questions or need something fast, get in touch.

### How do these t-shirts fit?

That mostly depends on the person wearing them, but if you're unsure, go up a size. If you want that sausage-casing look, go down a size. We don't judge.

### Does Bubba have anything to do with any of those other bumper stickers of men or women reclining?

Nope.

### Can I use Bubba to promote my business or make my own stickers and shirts?

Even though you may have found him in a clip art collection, Bubba is copyrighted and trademarked, and he was never licensed for that.  If you saw some of the weird stuff people tried to do with him, you'd understand why we keep a pretty tight rein on things. That said, if you're racked with guilt for using him without permission or you're interested in using Bubba to promote your stuff, get in touch. We're nice, reasonable folks and can probably work something out.

### I'm looking for Bubba wall art,
### but maybe in neon?

OMG. Funny you should ask. Definitely get on the email list.

### Is this some kind of religion?

More like a leaderless cult.

Page 42



# EXHIBIT 6



USPTO > Trademark > TSDR > Trademark Search

**For assistance with TSDR,** email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

TSDR is currently experiencing technical difficulties and you may be unable to retrieve case status information. The USPTO is currently working on resolving the issue.

🔍 **Trademark Status & Document Retrieval (TSDR)** ❓

| SEARCH | MULTI-SEARCH | ❓ |

US Serial, Registration, or Reference No. ▾ | 97238709 | **Status** | **Documents**

Status results found

| STATUS | DOCUMENTS | ❓ | | ⬇ Download ▾ | 🖶 Print Preview |

**Generated on:** This page was generated by TSDR on 2024-11-11 10:11:17 EST

**Mark:** THICK VATOS AND TACOS.

**US Serial Number:** 97238709    **Application Filing Date:** Jan. 26, 2022

**Filed as TEAS Plus:** Yes    **Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Service Mark

**TM5 Common Status Descriptor:** DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page.

**Status Date:** May 30, 2023

**Date Abandoned:** May 16, 2023

**▼ Mark Information**                                                                 ▲ Collapse All

**Mark Literal Elements:** THICK VATOS AND TACOS.

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S) /NUMBER(S)

**Description of Mark:** The mark consists of Arched wording saying "Thick Vatos" underneath a silhouette of a man relaxing on top of arched wording saying "And Tacos".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Disclaimer:** "TACOS."

**Design Search Code(s):** 02.01.02 - Men depicted as shadows or silhouettes of men; Silhouettes of men
02.09.04 - Humans, including men, women and children, depicted sitting or kneeling; Kneeling, humans; Sitting, humans
09.05.01 - Caps, including visors, military caps and baseball caps

**▼ Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** On-line retail store services featuring General consumer merchandise; Computerized on-line ordering featuring general consumer merchandise

**International Class(es):** 035 - Primary Class    **U.S Class(es):** 100, 101, 102

**Class Status:** ACTIVE

**First Use:** Jun. 14, 2018    **Use in Commerce:** Jan. 02, 2021

**For:** Catering services; Restaurant and bar services; Providing of food and drink via a mobile truck

**International Class(es):** 043 - Primary Class    **U.S Class(es):** 100, 101

**Class Status:** ACTIVE

**First Use:** Jun. 14, 2018    **Use in Commerce:** Jan. 02, 2021

**▼ Basis Information (Case Level)**

**Filed Use:** Yes    **Currently Use:** Yes
**Filed ITU:** No    **Currently ITU:** No
**Filed 44D:** No    **Currently 44D:** No
**Filed 44E:** No    **Currently 44E:** No
**Filed 66A:** No    **Currently 66A:** No
**Filed No Basis:** No    **Currently No Basis:** No

**▼ Current Owner(s) Information**

**Owner Name:** Bueno Rodrigo

**DBA, AKA, Formerly:** DBA Thick Vatos and Tacos

**Owner Address:** 700 Julian dr

West Sacramento, CALIFORNIA UNITED STATES 95605

| Legal Entity Type: | INDIVIDUAL | Citizenship: | UNITED STATES |

**▼ Attorney/Correspondence Information**

Attorney of Record - None

Correspondent

| Correspondent Name/Address: | BUENO RODRIGO |
|---|---|
| | 700 JULIAN DR |
| | WEST SACRAMENTO, CALIFORNIA UNITED STATES 95605 |
| Phone: | 916-695-3923 |

| Correspondent e-mail: | 85rodrigobueno@gmail.com | Correspondent e-mail Authorized: | Yes |
|---|---|---|---|
| | 85rodrigobueno@gmail.com | | |
| | 85rodrigobueno@gmail.com | | |

Domestic Representative - Not Found

**▼ Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| May 30, 2023 | ABANDONMENT NOTICE E-MAILED - FAILURE TO RESPOND | |
| May 30, 2023 | ABANDONMENT NOTICE MAILED - FAILURE TO RESPOND | |
| May 30, 2023 | ABANDONMENT - FAILURE TO RESPOND OR LATE RESPONSE | |
| Nov. 15, 2022 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Nov. 15, 2022 | NON-FINAL ACTION E-MAILED | |
| Nov. 15, 2022 | NON-FINAL ACTION WRITTEN | |
| Nov. 07, 2022 | ASSIGNED TO EXAMINER | |
| Feb. 01, 2022 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 31, 2022 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED | |
| Jan. 29, 2022 | NEW APPLICATION ENTERED | |

**▼ TM Staff and Location Information**

TM Staff Information

| TM Attorney: | PHILLIPS, ALEXANDER | Law Office Assigned: | LAW OFFICE 125 |

File Location

| Current Location: | TMO LAW OFFICE 125 - EXAMINING ATTORNEY ASSIGNED | Date in Location: | May 30, 2023 |

**▼ Assignment Abstract Of Title Information - Click to Load**

**▼ Proceedings - Click to Load**

Download Adobe Reader

If you are the applicant or the applicant's attorney and have questions about this file, please contact the Trademark Assistance Center

**USPTO** UNITED STATES
PATENT AND TRADEMARK OFFICE

| BROWSE BY TOPIC | ABOUT THIS SITE | USPTO BACKGROUND | FEDERAL GOVERNMENT |
|---|---|---|---|
| Patents | Accessibility | Federal Activity | Regulations.gov |
| Trademarks | Privacy Policy | Inventory Reform Act (FAIR) | StopFakes.gov |
| Learning & Resources | Terms of Use | USPTO Budget and Performance | USA.gov |
| About the USPTO | Security | Freedom of Information Act | Department of Commerce |
| Glossary | Systems Status | Information Quality Guidelines | Strategy Targeting Organized Piracy |
| Careers | Site Map | | |
| Contact Us | | | |

# EXHIBIT 7

🔒 thickvato...cartel.com        Done

# THICK VATOS AND TACOS

PRODUCTS      CONTACT      CART





HOODIE
—
$45.00 - $50.00

THICK VATO
TRUCKER
HAT
—
$30.00



🔒 ...ckvatosandtacos.bigcartel.com

$30.00





## POP SOCKETS

—

$5.00

## 3" DIE CUT STICKERS

—

$3.00





## THICK VATOS AND TACOS LANYARD

—

$8.00

## HOLOGRAPHIC 3" ROUND STICKERS

—

$5.00

# QUESABIRRIAS $4

**Corn tortilla dipped in chili oil fried to a crispy taco filled with cheese, shredded beef, onions, cilantro and comes with a consome dipping sauce.**

# BIRRIA RAMEN $10

**Ramen noodles with shredded beef, onions, cilantro and cheese**



# THE VATO TACO $10

**Big flour tortilla dipped in chili oil fried to a crisp filled with shredded beef, onions, cilantro, and comes with a consome dipping sauce.**

# STREET TACO $3

## ASADA OR CHICKEN
**Small double corn tortilla with your choice of meat topped with onions and cilantro**

**For catering email thickvatosandtacos@gmail.com
Phone is (916)695-3923**



THICKVATOS_ANDTACOS_






# EXHIBIT 8



## Reviews

## You Might Also Like











Etsy   ☰ Categories | Search for anything 🔍 | Sign in 🎁 🛒

🎁 Gifts    Cyber Deals    Home Favorites    Fashion Finds    Registry    Gift Cards

Homepage › Clothing › Gender-Neutral Adult Clothing › Tops & Tees › T-shirts



**$21.44+**

Thick Vatos and Tacos Unisex Softstyle T-Shirt

STAYTRUESTYLE ★★★★★

✓ Returns & exchanges accepted

Sizes *

Select an option ▾

**Add to cart**

Item details ⌃

**Highlights**

⚒ Designed by **STAYTRUESTYLE**

The unisex soft-style t-shirt puts a new spin on casual comfort. Made from very soft materials, this tee is 100% cotton for solid colors. Heather colors and sports grey include polyester. The shoulders have twill tape

Learn more about this item

⚑ Report this item to Etsy

**Shipping and return policies** ⌃

🗓 Order today to get by Nov 30-Dec 11

▣ Returns & exchanges accepted within 30 days

💰 Cost to ship: $4.75

◉ Ships from: San Jose, CA

Deliver to United States, 45202 ✎

Page 55

**Other reviews from this shop** | ★★★★★ (52)      Sort by: Suggested ▾

★★★★★
it was pretty good .                                                    ✓ Recommends this item

Purchased item: 160th SOAR (Abn) / Nightstalkers Softstyle T-Shirt          Item quality  5 ★
                                                                             Shipping  5 ★
🏷 Matthew Wu   Nov 24, 2024                                               Customer service  5 ★

★★★★★                                                                    ✓ Recommends this item

# EXHIBIT 9



COMING SOON

**thick vatos and tacos**

Copyright © 2024 thick vatos and tacos - All Rights Reserved.

Powered by GoDaddy

# EXHIBIT 10



















It's ramen season !!!

https://www.instagram.com/revuCyTLcuVM2/?igsh=MzRlODBiNWFIZA==

Nelly · Pimp Juice · Nelly

**Thick Vatos and Tacos** · Follow
Reels · Sep 17

It's time to start this build

Mike Jones · Still Tippin' (Sc

**Thick Vatos and Tacos** · Follow



Thick vatos Mexican lager

Dos Carnales · Vida Ven



Thick Vatos and Tacos · Follow
Reels · Sep 6 · 🌐





































































Blessed 🙏

Thank you everyone for the support

...ture · Everyday Hustle



Thick Vatos and Tacos · Follow
Reels · Jul 6 · 🌐

Just imagine 🌞☁️





# EXHIBIT 11

















# EXHIBIT 12



**TikTok**

Search

- For You
- Explore (New)
- Following
- LIVE
- Profile

Log in to follow creators, like videos, and view comments.

Log In

Create TikTok effects, get a reward

Log in to follow creators, like videos, and view comments.

Log In

Log In

Create TikTok effects, get a reward

Company

Profile

Log in to follow creators, like videos, and view comments.

Log In

Create TikTok effects, get a reward

Company

Log in to follow creators, like videos, and view comments.

Log In

Create TikTok effects, get a reward

Company

Log in to follow creators, like videos, and view comments.

Log In

Create TikTok effects, get a reward

Company

**thickvatos_andtacos**  Thick vatos and tacos

Follow   Message

471 Following   22K Followers   147K Likes

We are based out of west Sacramento Cali, we specialize in birria de Res (BEEF)

Videos   Reposts   Liked







388.4K | 91.4K | 77 | 704 | 666







1953 | 1252 | 1158 | 957 | 922







1580 | 1104 | 512 | 1299 | 2532







514 | 1220 | 620 | 677 | 569







Log in

Latest   Popular   Oldest



▷ 198.1K



▷ 26.8K



▷ 716





Log in to follow creators, like videos, and view comments.



comments.





Create TikTok effects, get a reward

Company

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company

Program

Terms & Policies

LIVE

Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company

Program

LIVE

Profile

Log in to follow creators, like videos, and view comments.

Log in

Create TikTok effects, get a reward

Company

Program

Terms & Policies

LIVE

Profile

Log in to follow creators, like videos, and view comments.

Log in













































THAT TIME OF THE YEAR IS
COMING UP !!!

When she says "Tacos Over Vatos"
so you hit her with both...

▷ 564



▷ 463



▷ 733  @justknowitsbueno



▷ 795



▷ 876





▷ 197



▷ 653



▷ 582



▷ 761



▷ 1505



Log in

Create TikTok effects, get a reward

Company

Program

Terms & Policies

© 2024 TikTok

LIVE

Profile

Log in to follow creators, like videos, and view comments.

Log In

Log In



Create TikTok effects, get a reward

Company

Program

Profile

Log in to follow creators, like videos, and view comments.

Log In

Log In

comments.

Log In



Create TikTok effects, get a reward

Log in to follow creators, like videos, and view comments.

Log In



Create TikTok effects, get a reward

like videos, and view comments.

Log In



Create TikTok effects, get a reward

Log in to follow creators, like videos, and view comments.

Log In



Create TikTok effects, get a reward

Log in to follow creators, like videos, and view comments.

Log In








▷ 1150   ▷ 1618   ▷ 22.2K   ▷ 1589   ▷ 739







▷ 16.7K   ▷ 4628   ▷ 549   ▷ 1230   ▷ 497







▷ 329   ▷ 1600   ▷ 365   ▷ 588   ▷ 277







▷ 2844   ▷ 9048   ▷ 311   ▷ 1265   ▷ 776






▷ 574   ▷ 635   ▷ 637   ▷ 2365   ▷ 3847









▷ 1601



▷ 308



▷ 398



▷ 24.9K



▷ 2737

















Log in to follow creators, like videos, and view comments.

Log In
Log In

Create TikTok effects, get a reward

Company

Profile

Log in to follow creators, like videos, and view comments.

Log In
Log In

Create TikTok effects, get a reward

Company

Log in to follow creators, like videos, and view comments.

Log In
Log In
Log In

Create TikTok effects, get a reward

Log in to follow creators, like videos, and view comments.

Log In
Log In

Create TikTok effects, get a reward

Company

Log in to follow creators, like videos, and view comments.

Log In

Create TikTok effects, get a reward

Company
Program
LIVE
Profile

Log in to follow creators, like videos, and view comments.

Log In


























Page 117















https://www.tiktok.com/@thickvatos_andtacos?lang=en          130.0.2849.80          9:47:58 AM 11/11/2024

Page 119



▷ 3553

▷ 8645



▷ 1671



▷ 1224



▷ 880

# EXHIBIT 13



**TikTok**

Search

+ Upload | Log in

For You
Following
Explore New
LIVE
Profile

Log in to follow creators, like videos, and view comments.

Profile

Log in to follow creators, like videos, and view comments.

Profile

Log in to follow creators, like videos, and view comments.

Profile

Log in to follow creators, like videos, and view comments.

Log in to follow creators, like videos, and view comments.

Profile

Log in to follow creators, like videos, and view comments.

Log In



Company
About Newsroom Contact Careers

Program
TikTok for Good  Advertise
TikTok LIVE Creator Networks

▶ 00:01 / 00:20          Speed 🔊 ⛶ •••

 **thickvatos_andtacos**   **Follow**
Thick vatos and tacos · 2023-11-26

Hoodies available send me a message on my instagram to order
🎵 original sound - Thick vatos and tacos
📍 SACRAMENTO

77
4
🔖 0
3

**4 comments**

Log in to comment

 Heather B
❤️
2023-11-26      ♡ 1   Reply

M  mellisamitchell41
I would like one too
2023-12-27      ♡ 0   Reply

 Roberto Perez
I need a sweater like that bro what is the web page
2023-11-26      ♡ 0   Reply

Thick vatos and tacos · Creator
Send me a DM on my instagram
2023-11-26      ♡ 1   Reply

**You may like**


#sacramentofoodie #thickvatosandtacos #birriaderes...
thickvatos_andtacos
2022-3-26  ♡ 33.3K


Posted @withregram
· @thickvatos_andtac...
thickvatos_andtacos
2022-3-26  ♡ 7699


thickvatos_andtacos
10-17  ♡ 49


Birria Ramen season!!!!
thickvatos_andtacos
10-16  ♡ 53


You're not sad yiu just need thick vatos and tacos #viral...
thickvatos_andtacos
9-6  ♡ 31K


I want that one
thickvatos_andtacos
7-9  ♡ 176


Just imagine how I would treat your heart
Just imagine #dolarosamazapan
thickvatos_andtacos
7-6  ♡ 86




thickvatos_andtacos
7-3  ♡ 116

Yooo this pho place is outta pocket
🍜🍜 phokim
thickvatos_andtacos
6-30  ♡ 30

Hide ∧





tiktok.com/@thickvatos_andtacos/video/7305952679937789226?lang=en        12:10:53 PM 11/11/2024
130.0.6723.117



tiktok.com/@thickvatos_andtacos/video/7307051332838896622?lang=en   12:14:52 PM 11/11/2024
130.0.6723.117

# EXHIBIT 14



**thickvatos_andtacos**
Thick vatos and tacos · 2023-12-11

**Follow**

♫ Lovin On Me - Jack Harlow

📍 SACRAMENTO

**0 comment**

Log in to comment

Be the first to comment!

tiktok.com/@thickvatos_andtacos/photo/7311504799814470955?lang=en       12:18:34 PM 11/11/2024
130.0.6723.117

# EXHIBIT 15

11/11/24, 1:42 PM                                Thick Vatos and Tacos | West Sacramento CA | Facebook

**facebook**                     [ Email or phone ]  [ Password ]  [ Log In ]  Forgot Account?



# Thick Vatos and Tacos
7.1K likes • 34K followers

Posts    About    Reels    Photos    Videos                                      ···

## Log in or sign up for Facebook to connect with friends, family and people you know.

[ Log In ]   or   [ Create new account ]

https://www.facebook.com/thickvatosandtacos/                                        1/11

Thick Vatos and Tacos | West Sacramento CA | Facebook

**facebook**

Log In   Forgot Account?

West Sacramento, CA, United States, California

📞 (916) 695-3923

✉️ thickvatosandtacos@gmail.com

thickvatosandtacos.com

94% recommend (11 Reviews)

**Photos**          See all photos



0:01 / 0:04          76          8  28

**Log in or sign up for Facebook to connect with friends, family and people you know.**

Log In   or   Create new account

https://www.facebook.com/thickvatosandtacos/          2/11

11/11/24, 1:42 PM                                    Thick Vatos and Tacos | West Sacramento CA | Facebook

facebook                                                                              Log In   Forgot Account?



## Log in or sign up for Facebook to connect with friends, family and people you know.

Log In        or        Create new account

11/11/24, 1:42 PM                    Thick Vatos and Tacos | West Sacramento CA | Facebook



facebook                                                          [Log In]  Forgot Account?

1w

Author
Thick Vatos and Tacos
Clifton Randolph tonight it's at 851 Sacramento ave
from 6pm to 11pm

1w

View more replies

Thick Vatos and Tacos
October 17 at 5:27 PM · 🌐

Better make it right !!!

#viral #trending

#Sacramentofoodie... See more

## Log in or sign up for Facebook to connect with friends, family and people you know.

[Log In]    or    [Create new account]

11/11/24, 1:42 PM                          Thick Vatos and Tacos | West Sacramento CA | Facebook

**facebook**                                                                    Log In   Forgot Account?



**Log in or sign up for Facebook to connect with friends, family and people you know.**

Log In      or      Create new account

https://www.facebook.com/thickvatosandtacos/                                                          5/11

11/11/24, 1:42 PM                                  Thick Vatos and Tacos | West Sacramento CA | Facebook

**facebook**                                                                    Log In    Forgot Account?



**Log in or sign up for Facebook to connect with friends, family and people you know.**

Log In    or    Create new account

https://www.facebook.com/thickvatosandtacos/                                                          6/11

11/11/24, 1:42 PM                          Thick Vatos and Tacos | West Sacramento CA | Facebook

facebook                                                              Log In    Forgot Account?



**Log in or sign up for Facebook to connect with friends, family and people you know.**

Log In    or    Create new account

https://www.facebook.com/thickvatosandtacos/                                              7/11

11/11/24, 1:42 PM                    Thick Vatos and Tacos | West Sacramento CA | Facebook



**Log in or sign up for Facebook to connect with friends, family and people you know.**

https://www.facebook.com/thickvatosandtacos/                                                8/11

11/11/24, 1:42 PM                         Thick Vatos and Tacos | West Sacramento CA | Facebook



**Log in or sign up for Facebook to connect with friends, family and people you know.**

https://www.facebook.com/thickvatosandtacos/                                              9/11

11/11/24, 1:42 PM                          Thick Vatos and Tacos | West Sacramento CA | Facebook



# Log in or sign up for Facebook to connect with friends, family and people you know.

Log In    or    Create new account

11/11/24, 1:42 PM                                Thick Vatos and Tacos | West Sacramento CA | Facebook



**Log in or sign up for Facebook to connect with friends, family and people you know.**

11/11/24, 1:39 PM                    Rodrigo Bueno (@thickvatos_andtacos_) • Instagram photos and videos

*Instagram*                                                                    Sign Up    Log In



**thickvatos_andtacos_** ✓      Follow      Message      • • •

**1,089** posts        **57.1K** followers        **742** following

**Rodrigo Bueno**
Food & Drink
📍 Sacramento, Ca
Closed Mondays and Tuesdays
Because you can't trust a skinny taquero
🔗 www.tiktok.com/@thickvatos_andtacos **+ 1**

▦ POSTS          ▣ REELS          ☺ TAGGED





https://www.instagram.com/thickvatos_andtacos_/?hl=en                                1/4

11/11/24, 1:39 PM                    Rodrigo Bueno (@thickvatos_andtacos_) • Instagram photos and videos

*Instagram*                                                          Sign Up    Log In

11/11/24, 1:39 PM                    Rodrigo Bueno (@thickvatos_andtacos_) • Instagram photos and videos





*Instagram*                                                               [Sign Up]   [Log In]

Show more posts from thickvatos_andtacos_

Related accounts                                                                    See all

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| lalodoe12 | jordan_the_stalli... ✓ | fluffyguy ✓ | es_jenny_solares ✓ | fredoontv | Ivan T... |
| Lalo Hurtado | Jordan Howlett | Gabriel Iglesias | Jenny Solares | Alfred "Fredo" Th... | |
| [Follow] | [Follow] | [Follow] | [Follow] | [Follow] | [Follow] |

11/11/24, 1:39 PM                    Rodrigo Bueno (@thickvatos_andtacos_) • Instagram photos and videos

*Instagram*                                                          

English ⌄     © 2024 Instagram from Meta

11/11/24, 1:45 PM                              Thick vatos and tacos (@thickvatos_andtacos) | TikTok

| Search | | Log in | ⋮ |

- 🏠 **For You**
- 🧭 **Explore** `New`
- 👥 **Following**
- 📹 **LIVE**
- 👤 **Profile**

Log in to follow creators, like videos, and view comments.

**Log in**


Create TikTok effects, get a reward

Company

Program

Terms & Policies

© 2024 TikTok



### thickvatos_andtacos  Thick vatos and tacos

**Follow**   Message   ↪   ⋯

**471** Following   **22K** Followers   **147K** Likes

We are based out of west Sacramento Cali, we specialize in birria de Res (BEEF)

| ▦ **Videos** | ↻ Reposts | ♡ Liked |   | Latest | Popular | Oldest |


Pinned
▷ 388.4K


Pinned
▷ 91.4K


These are getting rough
IF YOU SEE ME DOIN THIS
Mind your damn business. It's almost christmas time.
▷ 80

https://www.tiktok.com/@thickvatos_andtacos?lang=en                                                     1/6

11/11/24, 1:45 PM                                Thick vatos and tacos (@thickvatos_andtacos) | TikTok





🏠 **For You**

🧭 **Explore** New

👥 **Following**

📹 **LIVE**

👤 **Profile**

Log in to follow creators, like videos, and view comments.



Create TikTok effects, get a reward

Company

Program

Terms & Policies

© 2024 TikTok



▷ 704



▷ 666



▷ 198.1K



▷ 1953



▷ 1252



▷ 1158

https://www.tiktok.com/@thickvatos_andtacos?lang=en                                                2/6

11/11/24, 1:45 PM                          Thick vatos and tacos (@thickvatos_andtacos) | TikTok



https://www.tiktok.com/@thickvatos_andtacos?lang=en                                                         3/6

11/11/24, 1:45 PM                               Thick vatos and tacos (@thickvatos_andtacos) | TikTok



https://www.tiktok.com/@thickvatos_andtacos?lang=en                                                    4/6

11/11/24, 1:45 PM                    Thick vatos and tacos (@thickvatos_andtacos) | TikTok



https://www.tiktok.com/@thickvatos_andtacos?lang=en                    5/6

11/11/24, 1:45 PM                                Thick vatos and tacos (@thickvatos_andtacos) | TikTok



https://www.tiktok.com/@thickvatos_andtacos?lang=en                                                                    6/6



# EXHIBIT 16



DINSMORE & SHOHL LLP
255 East Fifth Street ^ Suite 1900
Cincinnati, OH 45202
www.dinsmore.com

Karen K. Gaunt
(513) 977-8503 (direct) ^ (513) 977-8141 (fax)
karen.gaunt@dinsmore.com

September 23, 2024

**Via FedEx and Email** (85rodrigobueno@gmail.com)
Thick Vatos and Tacos LLC
c/o Rodrigo Bueno, Member
700 Julian Dr.
West Sacramento, CA 95605

      **Re:**    **Infringement of Glass Ireland Copyright and Trademark**

Dear Mr. Bueno:

      Our firm represents Glass Ireland LLC and Glass Design LLC (collectively the "**Glass Entities**") with respect to intellectual property matters.

      Glass Ireland is the proud and exclusive owner of "Bubba," who aptly is described as a bearded man wearing a trucker cap who is reclining in a sensual pose. He is shown below. Bubba serves as the company's trademark and is used by the Glass Entities across a variety of products, and has been used as the Glass Entities' trademark for many years.



      Even since the Glass Entities created him, Bubba has maintained his manly countenance, and as he has grown up, he has been gracing the Glass Entities' merchandise for <u>nearly twenty years</u>. Official Bubba merchandise is available from our client's website at https://www.bubbalovesit.com/. Over the years, Bubba has gained considerable public exposure, and we are sure he has brought smiles to a wide audience, appearing on t-shirts, clothing, stickers, decals transfers and other goods.

      Bubba is also the subject of a **federal trademark registration, U.S. Registration No. 6,362,748**, which issued in 2021. A copy of the registration certificate for the Bubba is attached hereto. In addition to our client's longstanding trademark rights to Bubba, as the author and creator of Bubba (including participation by the actual human who served as the model for Bubba and from whom Bubba was derived) our client <u>owns the copyright in and to Bubba's image</u>. **This copyright is protected by U.S. Copyright No. VA0001990191.**

September 23, 2024
Page 2

Recently, the Glass Entities became aware that you and/or your company Thick Vatos and Tacos, LLC (collectively, "**Thick Vatos**") have adopted and are using Bubba to promote Thick Vatos, its services, and associated goods and merchandise.  We have seen Bubba appearing without our client's consent, in a number of different ways to identify Thick Vatos, instead of identifying our client.  Perhaps most egregiously, you filed an application with the United States Patent and Trademark Office (Serial No. 97238709) seeking registration of the following mark in international classes 35 and 43 for "*On-line retail store services featuring General consumer merchandise; Computerized on-line ordering featuring general consumer merchandise*" and "*Catering services; Restaurant and bar services; Providing of food and drink via a mobile truck*" (the "**Thick Vatos Goods and Services**"):



While the application for this mark was abandoned in May 2023, the mark nonetheless currently appears on Thick Vatos's website,[1] Instagram page (@ thickvatos_andtacos_),[2] Facebook page,[3] and TikTok page (thickvatos_andtacos)[4], among others.  We have also seen Bubba appear on merchandise, including t-shirts, stickers, hats, and hoodies.  We do note an inconsequential difference in the orientation of the trucker cap on Bubba's head in the mark used by you and your company, and therefore, we refer to your usage as "**Infringing Bubba.**"  Regardless of this very minor difference, it cannot be reasonably disputed that Infringing Bubba is an unauthorized and infringing use of our client's registered trademark and copyright.



While our client understands the appeal of Bubba, the Glass Entities cannot allow Bubba to be used indiscriminately by third parties who use Bubba to identify their own products and services, and who seek to take advantage of his popular and appealing image. Bubba is already

---

[1] https://thickvatosandtacos.com/; https://thickvatosandtacos.com/merch-shop
[2] https://www.instagram.com/thickvatos_andtacos_/?hl=en
[3] https://www.facebook.com/thickvatosandtacos/
[4] https://www.tiktok.com/@thickvatos_andtacos?lang=en

September 23, 2024
Page 3

associated with our client by virtue of our client's creation and longstanding use of Bubba, and our client owns the exclusive trademark and copyright rights to exploit Bubba in any and all commercial contexts.

Our client is naturally concerned by your use of Infringing Bubba not only in connection with clothing, which directly competes with our client's business efforts, but also as a trademark to identify your other services. Allowing your unchecked and unlicensed usage of Bubba's trademark and copyright without involvement of our client, negatively impacts our client's own business ventures, and licensing and merchandising efforts. Further, your use of Infringing Bubba with the prominently displayed name Thick Vatos and Tacos could result in consumers mistakenly identifying Bubba by an incorrect name and falsely associating Bubba with you and your company, instead of with the Glass Entities.

As you may know, the Lanham Act prohibits the use of "any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin … which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval or his or her goods, services, or commercial activities by another person." 15 U.S.C. § 1125(a)(1).

Your use of Infringing Bubba could easily confuse consumers who may encounter the image and mistake it for our client's mark. Alternatively, the similarity between Bubba and Infringing Bubba could cause consumers to mistakenly believe that some sort of connection or association exists between your products and services and our client — implying that Bubba endorses you and your business, for example. The likelihood of confusion or mistake that results from Bubba and Infringing Bubba being used concurrently on competing products and services is the essence of trademark infringement, and is actionable under state and federal law.

Also, and as mentioned, the Bubba image is not only protected by trademark law, but also by copyright law. Federal copyright law prohibits the unauthorized reproduction, adaptation and publication of our client's copyrighted work, and as the copyright owner, our client owns the exclusive right to use Bubba's image in any and all commercial endeavors. *See* 17 U.S.C. § 106. As the owner of the registered copyright in the Bubba design, our client is entitled to statutory damages, lost profits, attorneys' fees and costs due to your infringement and unauthorized usage.

We are certain that you recognize the value in trademarks, copyrights and other intellectual property, as well as the need for owners of such rights to vigilantly protect them from unauthorized usage. Under the circumstances, we must demand on behalf of the Glass Entities and Bubba that you immediately discontinue use of Infringing Bubba in any and all contexts, including, but not limited to merchandise, and in connection with the Thick Vatos Goods and Services, and as part of the Thick Vatos and Tacos logo. We also require additional information from you, including, but not limited to:

1. The date you and/or your companies first used Infringing Bubba in any context and/or on any merchandise;
2. The full scope of any and all activities conducted by you and/or your companies using Infringing Bubba;
3. The gross revenues received by any parties within your ownership or control from any and all sources and derived from sales of any and all merchandise bearing Infringing Bubba;

September 23, 2024
Page 4

4.   The gross revenues received by any parties within your ownership or control from any and all sources and derived from the Thick Vatos Goods and Services in connection with which Infringing Bubba has appeared.

We are confident that you understand our client's concerns in this matter, and that you will take appropriate steps to redress this situation appropriately.  Please provide us with written assurances that you will comply with our request **within ten (10) business days of the date of this letter**, providing the information requested herein, explaining the steps you have taken, and any further actions that must be completed to address the issues set out in this letter.

This letter is written without prejudice to our client's rights and remedies, including but not limited to the right to seek an injunction, disgorgement of profits, and attorneys' fees, all of which are expressly reserved.

We appreciate your cooperation and look forward to your prompt response.

Sincerely,

Karen K. Gaunt

KKG:ALB
Attachment

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,362,748**

**Registered May 25, 2021**

**Int. Cl.: 16, 25**

**Trademark**

**Principal Register**

Glass Ireland LLC  (OHIO LIMITED LIABILITY COMPANY)
4786 Hamilton Ave
Cincinnati, OHIO 45223

CLASS 16: Stickers and transfers

FIRST USE 6-15-2004; IN COMMERCE 6-15-2004

CLASS 25: Shirts; Sports caps and hats

FIRST USE 6-15-2004; IN COMMERCE 6-15-2004

The mark consists of a bearded man wearing a trucker cap and reclining in a sensual pose.

SER. NO. 90-188,645, FILED 09-17-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# EXHIBIT 17

INTERNET ARCHIVE

WayBackMachine

Explore more than 916 billion web pages saved over time

DONATE

Case 2:24-cv-08832 Document 1 Filed 11/25/24 Page 157 of 160

https://thickvatosandtacos.com/

Calendar · Collections · Changes · Summary · Site Map · URLs

23 URLs have been captured for this URL prefix.

Filter results by URL or MIME Type (i.e. '.txt')

| URL ↑ | MIME Type | From | To | Captures | Duplicates | Uniques |
|---|---|---|---|---|---|---|
| http://thickvatosandtacos.com/10 | text/html | May 27, 2023 | May 27, 2023 | 1 | 0 | 1 |
| http://thickvatosandtacos.com/px.js | application/javascript | May 27, 2023 | May 27, 2023 | 1 | 0 | 1 |
| http://thickvatosandtacos.com/px.js?ch=1&abp=1 | application/javascript | May 27, 2023 | May 27, 2023 | 1 | 0 | 1 |
| http://thickvatosandtacos.com/px.js?ch=2&abp=1 | application/javascript | May 27, 2023 | May 27, 2023 | 1 | 0 | 1 |
| http://thickvatosandtacos.com/robots.txt | text/plain | Dec 18, 2021 | May 17, 2024 | 8 | 4 | 4 |
| https://thickvatosandtacos.com/ | text/html | Oct 7, 2022 | Jul 14, 2024 | 12 | 2 | 10 |
| https://thickvatosandtacos.com/404 | text/html | Mar 16, 2023 | Mar 16, 2023 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/m/create-account | text/html | Mar 20, 2023 | Jul 14, 2024 | 3 | 0 | 3 |
| https://thickvatosandtacos.com/m/login | text/html | Mar 20, 2023 | May 25, 2024 | 2 | 0 | 2 |
| https://thickvatosandtacos.com/m/login?r=%2Fm%2Faccount | text/html | Mar 20, 2023 | Jun 24, 2024 | 3 | 0 | 3 |
| https://thickvatosandtacos.com/m/login?r=%2Fm%2Forders | text/html | Mar 20, 2023 | May 25, 2024 | 3 | 0 | 3 |
| https://thickvatosandtacos.com/manifest.webmanifest | application/manifest+json | Mar 16, 2023 | May 17, 2024 | 2 | 0 | 2 |
| https://thickvatosandtacos.com/merch-shop | text/html | Apr 12, 2024 | Apr 12, 2024 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/merch-shop?olsPage=cart | text/html | Apr 12, 2024 | Apr 12, 2024 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/privacy-policy | text/html | Mar 20, 2023 | Jul 14, 2024 | 3 | 0 | 3 |
| https://thickvatosandtacos.com/shop | text/html | Mar 20, 2023 | Mar 20, 2023 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/shop?olsPage=cart | text/html | Mar 20, 2023 | Mar 20, 2023 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/sitemap.ola.xml | application/xml | Mar 16, 2023 | Mar 16, 2023 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/sitemap.ols.xml | application/xml | Mar 16, 2023 | Mar 16, 2023 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/sitemap.website.xml | application/xml | Mar 16, 2023 | Mar 16, 2023 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/sitemap.xml | application/xml | Mar 16, 2023 | Mar 16, 2023 | 1 | 0 | 1 |
| https://thickvatosandtacos.com/terms-and-conditions | text/html | Mar 20, 2023 | May 25, 2024 | 2 | 0 | 2 |
| https://thickvatosandtacos.com/terms-and-conditions-1 | text/html | Mar 20, 2023 | Mar 20, 2023 | 1 | 0 | 1 |

Showing 1 to 23 of 23 entries



# FRESH AND FLAVORFUL FOOD ON WHEELS

Savor the taste of thick vatos and tacos's mouthwatering dishes

Order Now

(916) 695-3923

This weeks schedule

# Thick Vatos and Tacos



GET A QUOTE

Case 2:24-at-01487    Document 1    Filed 11/25/24    Page 160 of 160



thick vatos and tacos

Let me know if you have any questions!

I have a question

No, thanks